UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAY FLOWER INTERNATIONAL, INC.,

                Plaintiff,

v.

APOLLO FOOD INTERNATIONAL, INC.,
WING FUNG HONG LTD., and
A & C BEST FOOD TRADING INC.

                Defendants.
-----------------------------------------------------------X

Case No. 19-cv-2716-NGG-PK

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, C. J. Erickson, of Cowan, Liebowitz & Latman, P.C., enters his appearance in the above-captioned matter as counsel for Defendant A & C Best Food Trading Inc., and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: July 8, 2019

                Respectfully submitted,

              COWAN, LIEBOWITZ & LATMAN, P.C.

              By: _____
                   C. J. Erickson
              114 West 47th Street
              New York, New York 10036
              (212) 790-9200

              *Attorneys for Defendant A & C Best Food Trading Inc.*

31941/000/3006968.1