UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MAY FLOWER INTERNATIONAL, INC.,

                Plaintiff,

                v.

APOLLO FOOD INTERNATIONAL, INC.,
WING FUNG HONG LTD., and
A & C BEST FOOD TRADING INC.

                Defendants.
-------------------------------------------------------------- x

Case No.: 19-cv-2716 NGG-PK

DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P.
RULE 7.1

### DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. RULE 7.1

In accordance with Fed. R. Civ. P. Rule 7.1, the undersigned counsel for Defendant A & C Best Food Trading Inc. ("Defendant") hereby certifies that Defendant is a non-governmental corporate party and that Defendant does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of Defendant's stock.

Dated: New York, New York
       July 8, 2019

                                                  COWAN LIEBOWITZ & LATMAN, P.C.

                                                  By: _____
                                                     C. J. Erickson
                                                     (cje@cll.com)
                                                     114 West 47th Street
                                                     New York, New York 10036
                                                     (212) 790-9200