# LAW OFFICES OF JOE ZHENGHONG ZHOU AND ASSOCIATES, PLLC
**Attorneys At Law**

**136-20 38th Avenue, Suite 10H, Flushing, NY 11354**
**Tel: (718) 539-7098.  Fax: (718) 539-7177**

---

August 2, 2019

<u>via ECF</u>

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Magistrate Judge Peggy Kuo:

**<u>Re: 19-cv-02716-NGG-PK May Flower International, Inc. v. Apollo Food International Inc et al</u>**

I am the attorney for the Plaintiff, May Flower International, Inc., in the above-noted action. With the consent from defendant Apollo Food International Inc and defendant A & C Best Food Trading Inc. (defendant Wing Fung Hong Ltd. has not appeared in this action), I respectfully request an adjournment of the Initial Conference currently scheduled for August 8, 2019 at 10 a.m. (the "Initial Conference") for the reasons set out below.

On July 30, 2019, the Honorable Judge Nicholas G. Garaufis granted defendant Apollo Food International Inc.'s ("Apollo") application for a pre-motion conference and further ordered that defendant Apollo's time to answer or otherwise reply to the Complaint be extended until 14 days after the entry of the order deciding defendant Apollo's anticipated motion.

In light of the Honorable Judge Nicholas G. Garaufis' order of July 30, 2019, I respectfully request that the Initial Conference be adjourned until after defendant Apollo has filed its answer to the Complaint. I confirm that this is the first request made for an adjournment of the Initial Conference.

Thank you for your time and consideration.

Yours truly,

*/s/ Joe Zhou*

_____
Joe Zhenghong Zhou, ESQ.